IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT, | 1:08-cv-01239-GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT NEW SIGNED |
| vs. | APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| A.L. PINEDA, | WITHIN 45 DAYS |
|     Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was submitted on the wrong form.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall re-submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

1  **Failure to comply with this order will result in a recommendation that this action be**
2  **dismissed**.
3     IT IS SO ORDERED.
4     **Dated:   August 28, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE